UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.  8:11-cv-02343-SDM-TBM   (Merryday/McCoun)

ACCESS FOR THE DISABLED, INC.,
a Florida not-for-profit corporation, and
PATRICIA KENNEDY, individually,

    Plaintiff,

v.

SOUTHBY PARTNERSHIP, LTD.,
a Florida limited partnership,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs and Defendant, by and through their respective undersigned counsel, hereby stipulate to the entry of an order dismissing this action WITH PREJUDICE.

Respectfully submitted this 28th day of March, 2012.

| | |
|---|---|
| /s Thomas B. Bacon[1] | /s Adam S. Chotiner |
| Thomas B. Bacon, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No. 139262 | Florida Bar No. 0146315 |
| Email: tbb@thomasbaconlaw.com | Email: aschotiner@sbwlawfirm.com |
| Thomas B. Bacon, P.A. | Shapiro, Blasi, Wasserman & |
| 4868 SW 103 Avenue |  Gora, P.A. |
| Cooper City, Florida 33328 | 7777 Glades Road, Suite 400 |
| Telephone:   (954) 478-7811 | Boca Raton, Florida 33434 |
| Facsimile:    (954) 237-1990 | Telephone:   (561) 477-7800 |
| Trial Counsel for Plaintiffs | Facsimile:    (561) 477-7722 |
| | Trial Counsel for Defendant |

---

[1] Thomas B. Bacon has provided Adam S. Chotiner with express authority to file this joint stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

Access for the Disabled, Inc., et al. v. Southby Partnership, Ltd.
Case No. 8:11-cv-02343-SDM-TBM   (Merryday/McCoun)
United States District Court, Middle District of Florida

Thomas B. Bacon, Esquire
E-Mail:  tbb@thomasbaconlaw.com
Thomas B. Bacon, P.A.
4868 SW 103 Avenue
Cooper City, FL  33328
Telephone:   (954) 478-7811
Facsimile:    (954) 237-1990
Counsel for Plaintiffs
*Via CM/ECF*

Adam S. Chotiner, Esquire
E-Mail:  aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722
Counsel for Defendant
*Via CM/ECF*

Christopher D. Lane, Esquire
E-Mail:  chris_lane33@hotmail.com
3802 Clemmons Road, Suite A
Clemmons, NC  27012
Telephone:   (336) 766-0229
Facsimile:    (336) 766-9145
Counsel for Plaintiffs
*Via CM/ECF*